IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD NOZIL<br><br>*Plaintiff(s)*<br><br>v.<br><br>DEPUTY SHERIFF MATTHEW LIEBMAN, et al.<br><br>*Defendant(s)* | Civil Case No. 24-5850 |

### MOTION, ORDER AND NOTICE OF HEARING

**AND NOW,** this 1st day of May, 2025, upon consideration of defendants' email received this date, it is hereby **ORDERED** that the email request be construed as a Motion and the Motion is **GRANTED.** The Initial Pretrial Conference originally scheduled for May 19, 2025, is rescheduled to **Tuesday, May 20, 2025,** at **10:30 am** in Chambers, Rm. 5118, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**