**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **REGINALD NOZIL,** | : | |
| | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff** | : | **No. 24-5850 CH** |
| | : | |
| **v.** | : | |
| | : | |
| **MATTHEW LIEBMAN, et al.,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

**NOTICE OF ENTRY OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Brooke Floyd as counsel for the Deputy Sherriff Leonard Jenkins Jr., Deputy Sheriff Brian McGory, and Deputy Sheriff Matthew Liebman in connection with the above-captioned matter.


Date: <u>June 16, 2025 </u>            <u>/s/ Brooke S. Floyd    </u>
                                         Brooke S. Floyd, Esquire
                                         Assistant City Solicitor
                                         Pa. Attorney ID No. 333856
                                         City of Philadelphia Law Department
                                         1515 Arch Street, 14th Floor
                                         Philadelphia, PA 19102
                                         (215) 683-5008
                                         Brooke.S.Floyd@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **REGINALD NOZIL,** | : | |
| | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff** | : | **No. 24-5850 CH** |
| | : | |
| **v.** | : | |
| | : | |
| **MATTHEW LIEBMAN, et al.,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Brooke Floyd, certify that a true and correct copy of the foregoing Entry of Appearance was filed via the Court's electronic filing system and is available for downloading.


Date: June 16, 2025                    */s/ Brooke S. Floyd*
                                        Brooke S. Floyd, Esquire
                                        Assistant City Solicitor
                                        Pa. Attorney ID No. 333856
                                        City of Philadelphia Law Department
                                        1515 Arch Street, 14th Floor
                                        Philadelphia, PA 19102
                                        (215) 683-5008
                                        Brooke.S.Floyd@phila.gov